S. S. *Bennet* and M. *Baum*, for plaintiff in error.
C. M. *Hitch*, contra.

---

GRESS LUMBER COMPANY *v.* ROGERS *et al.*

*Atkinson, J.*—The record disclosing the commission of errors at the trial, and there being conflicting evidence upon some of the material issues of fact, this court will not reverse a judgment granting a new trial, and thus correcting the errors in question, and will assume that the same will not be repeated at the next hearing.                    *Judgment affirmed.*

Argued November 30,—Decided December 7, 1896.

Equitable petition.    Before Judge Beck.    Pulaski superior court.    November term, 1895.

*DeLacy & Bishop*, for plaintiff.
*J. H. Martin*, for defendant.